# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RONALD A. BRITTON                                                              PETITIONER

v.                                    NO. 5:15-cv-00155 KGB/PSH

WENDY KELLEY, Director of the                                          RESPONDENT
Arkansas Department of Correction

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## FINDINGS AND RECOMMENDATION

On May 15, 2015, petitioner Ronald A. Britton ("Britton") commenced the case at bar by filing a combined pro se petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 and motion to amend. See Pleading 1. In the petition, he alleged that he is mentally ill and lacked the capacity at the time of the offense to conform his conduct to the requirements of the law. He asked for permission to amend his petition to allege, "among other things, mental defect, lack of capacity to conform his behavior to the requirements of the law at the time of the incident, and issues of ineffective assistance of counsel." See Pleading 1 at 2.

On May 28, 2015, United States Magistrate Judge J. Thomas Ray noted that Britton had not filed an application to proceed in forma pauperis or a certificate of prisoner accounts as required by 28 U.S.C. 1915. See Pleading 2. Judge Ray directed the Clerk of the Court to send Britton the appropriate forms and gave Britton until June 22, 2015, to either file the completed forms or pay the filing fee. Judge Ray also gave Britton until June 22, 2015, to amend his petition. Britton was advised that in the event he failed to "timely and properly" comply with the order, his petition would be dismissed without prejudice. See Pleading 2 at 2.

On June 19, 2015, Britton requested an extension of time to submit the required documents. See Pleading 3. Judge Ray granted the request and gave Britton until July 22, 2015, to submit the required documents.

On July 24, 2015, Britton filed a motion for leave to proceed in forma pauperis, see Pleading 6, and combined motions to extend time and for appointment of counsel, see Pleading 7. On July 31, 2015, Judge Ray granted Britton's request to proceed in forma pauperis and his motion to extend time but denied his motion for appointment of counsel. See Pleading 8. Judge Ray gave Britton until September 14, 2015, to file an amended petition and warned him that his failure to comply with the order would result in this case being dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

Local Rule 5.5(c)(2) requires a pro se litigant to, inter alia, monitor the progress of the case and prosecute it diligently. The rule additionally provides that "[i]f any communication from the Court to a pro se plaintiff is not responded to with thirty (30) days, the case may be dismissed without prejudice."

Britton did not file an amended petition or request an extension of time to do so before September 14, 2015. Out of an abundance of caution, the undersigned did nothing well past that deadline. To date, Britton has filed nothing. Given his inaction, he has failed to prosecute this case diligently and has failed to respond to Judge Ray's order within thirty days. Absent an amended petition, Britton is forced to stand on his initial petition. That submission is deficient and warrants no relief because it does not conform to Rule 2 of the Rules Governing Section 2254 Cases in the United States District Court.[1]

---

[1] Rule 2(c) requires, in part, that the petition state the facts supporting each ground. Britton has offered no facts in support of his grounds.

Given the foregoing, the undersigned recommends that Britton's petition be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). <u>See</u> <u>Miller v. Benson</u>, 51 F.3d 166 (8th Cir. 1995) (district court has inherent power to dismiss case <u>sua</u> <u>sponte</u> for failure to prosecute). Judgment should be entered for respondent Wendy Kelley. Any <u>in forma</u> <u>pauperis</u> appeal of this dismissal should be deemed to be frivolous and not taken in good faith.

DATED this 30th day of September, 2015.

_____

UNITED STATES MAGISTRATE JUDGE