IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD A. BRITTON**                                                                                           **PLAINTIFF**

**v.**                               **Case No. 5:15-cv-00155 KGB/PSH**

**WENDY KELLY, Director of the**
**Arkansas Department of Correction**                                                **DEFENDANT**

### ORDER

The Court has received Findings and Recommendation from United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). No objections have been filed, and the time for filing objections has passed.

After a careful, *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 filed by petitioner Ronald A. Britton is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). All requested relief is denied, and judgment will be entered for respondent Wendy Kelley. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this case is considered frivolous and not taken in good faith.

SO ORDERED this 6th day of January, 2016.

_____
Kristine G. Baker
United States District Judge