IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD A. BRITTON**                                                                                           **PLAINTIFF**

**v.**                          **Case No. 5:15-cv-00155 KGB/PSH**

**WENDY KELLY, Director of the**
**Arkansas Department of Correction**                                              **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered this date, it is considered, ordered, and adjudged that petitioner Ronald A. Britton's 28 U.S.C. § 2254 petition for writ of *habeas corpus* is denied and dismissed without prejudice (Dkt. No. 1).

So adjudged this 6th day of January, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge